UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/21/2016
```

-----------------------------------------------------------X
CONTINENTAL INSURANCE COMPANY,            :
                                                                             :
                                             Petitioner,          :
                                                                             :            16-CV-655 (VEC)
                               -against-                            :
                                                                             :            <u>ORDER</u>
FAIRMONT PREMIER INSURANCE            :
COMPANY F/K/A TRANSAMERICA            :
PREMIER INSURANCE COMPANY,            :
                                                                             :
                                             Respondent.  :
-----------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS this Petition pursuant to Section 9 of the Federal Arbitration Act was filed on

January 28, 2016, to confirm an arbitral Final Award and Order, dated August 3, 2015 entered in

the arbitration between Petitioner Continental Insurance Company and Respondent Fairmont

Premier Insurance Company f/k/a Transamerica Premier Insurance Company ("Final Award");

and

      WHEREAS the Respondent has confirmed that it does not oppose the petition to confirm

the Final Award and agrees that it should be confirmed, *see* Dkts. 11, 14;

      It is hereby ORDERED that the Final Award is CONFIRMED.  The Clerk of Court is

respectfully directed to terminate any open motions.

      IT IS FURTHER ORDERED that whereas Judge Stein, sitting in Part I, granted

Petitioner's Motion to Seal solely to the extent that the Final Award shall remain confidential

and under seal until further order of the Court, *see* January 28, 2016 Order (Dkt. 7), the parties

must submit a letter, pursuant to the undersigned's Individual Practices 4.A, no later than **April**

**27, 2016**, explaining why continued sealing of the entire Final Award is appropriate in light of

the presumption of access discussed by the Second Circuit in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006).

**SO ORDERED.**

**Date:  April 21, 2016**
      **New York, New York**

**VALERIE CAPRONI**
**United States District Judge**